UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff  vs.  Francisco Prieto-Ruiz  Defendant(s) | CRIMINAL NO. 08mj873  ORDER  RELEASING MATERIAL WITNESS  Booking No. |

On order of the United States District/(Magistrate Judge)   Leo S. Papas

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted)/ Case Disposed / Order of Court).

Marlen Garcia-Melendez

DATED: 3/27/2008

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
                    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082