UNITED STATES DISTRICT COURT   **PLEASE RECEIPT AND RETURN**

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff )<br>　 )<br>vs. )<br>　 )<br>Francisco Prieto-Ruiz )<br>　 )<br>　　　　　Defendant(s) ) | CRIMINAL NO. __08mj873__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

　　　　　　　　　　　　　　　　　　　　　　　　　LEO S. PAPAS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Rufina Rodriguez-Mendez

DATED: 4/1/08

RECEIVED 2008 APR -1 P 2: 12 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED _____
　　　　　DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
　　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082