PLEASE RECEIPT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. __08mj 873__ |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| ) | |
| Francisco Prieto-Ruiz ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/**Magistrate Judge,**   LEO S. PAPAS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**  / Case Disposed / Order of Court).

Griselda Torres-Garcia

DATED: __4/1/08__

RECEIVED _____
DUSM

2008 APR -1 P 2:12
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. / Clerk

by _____ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082